IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DR. TITILAYO ADETU

**Plaintiff,**

v.

GRMC, INC,, d/b/a GARRETT REGIONAL MEDICAL CENTER

**Defendant.**

\* \* \* \*

Case No. 1:25-cv-02348-SAG

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as additional counsel in this case for the Defendant GRMC, Inc. d/b/a Garrett Regional Medical Center. I certify that I am admitted to practice in this Court.

09/23/25
Date

/s/ Donna M. Glover
Signature

Donna M. Glover (Bar No. 28250)
Printed name and bar number

BAKER DONELSON 100 Light Street, 19th Floor Baltimore, MD 21202
Address

dglover@bakerdonelson.com
Email address

410-862-1147
Telephone number

410-547-0699
Fax number

EntryofAppearanceCivil (08/2015)